IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E.E.O.C. | : | |
|     Plaintiff | : | Civil Action Number |
| | : | 02-5034 |
| vs. | : | |
| | : | |
| Communications Construction Group | : | |
|     Defendant | : | |
| | : | |

SCHEDULING ORDER

AND NOW, this ____ day of October, 2002, following a status conference in the above case, IT IS HEREBY ORDERED that:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by March 14, 2003.

2. Plaintiff shall serve reports of liability expert witnesses and/or respond to expert witness discovery relating to liability at least thirty (30) days before completion of discovery. Plaintiff shall serve reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages at least fifteen (15) days before the date for completion of discovery.

3. Defendants shall serve any reports of liability expert witnesses and/or respond to expert witness discovery relating to liability on or before the date for completion of discovery. Defendants shall serve any reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages within eleven (11) days after the date for completion of discovery.

4. Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed on or before March 31, 2003.

5. The Court will hold a final pretrial and settlement conference on May 8, 2003 at 4:30 p.m.

6. The case will be scheduled for trial on May 19, 2003 at 9:30 a.m.

7. All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u>, in accordance with this order and Local Rule of Civil Procedure 16.1(c) as follows:

> A. Plaintiff- fifteen (15) days before the final pretrial conference
>
> B. Defendant- five (5) days before the final pretrial conference

8.  At least five (5) working days before the case is listed for trail, each party shall submit to the Court, and serve on each other, two (2) copies of proposed points for charge and any proposed special jury interrogatories.  Each point for charge or proposed jury interrogatory shall be numbered and shall be on a separate sheet of paper identifying the name of the requesting party.  Supplemental points for charge will be permitted during and at the conclusion of trial.  Points for charge shoul dbe accompanied by appropriate citations of legal authority.

9.  If a party uses any version of the Word Perfect word processing system, it is urged to provide the Court with a disk containing the proposed points for charge and proposed special jury interrogatories.

10.  Before commencement of trial, counsel will pre-mark and exchange all exhibits, and a schedule of exhibits which shall briefly describe each exhibit.  Two (2) copies of the exhibits must be submitted to the Court at least five (5) working days before the case is listed for trial.

                              BY THE COURT:


                              _____
                              MARY A. McLAUGHLIN, J.